STATE v. SPELLMAN

No. 572P88.

Case below: 92 N.C. App. 115.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1989.

STOKES COUNTY v. PACK

No. 550P88.

Case below: 91 N.C. App. 616.

Petition by Stokes County for discretionary review pursuant to G.S. 7A-31 denied 9 February 1989.

WOODSON v. ROWLAND

No. 584A88.

Case below: 92 N.C. App. 38.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 9 February 1989.


PETITION TO REHEAR


MYERS & CHAPMAN, INC. v. EVANS

No. 140PA88.

Case below: 323 N.C. 559.

Petition by plaintiff to rehear denied 9 February 1989.